Opinion issued June 29, 2006










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00408-CR

____________


IN RE ERIC GLEN CHACHERE, Applicant






Original Proceeding on Petition for Writ of Habeas Corpus






MEMORANDUM OPINION

 Applicant, Eric Glen Chachere, filed a pro se application for writ of habeas
corpus in this Court. He requests that we issue a writ ordering the judge of the 183rd
District Court in cause number 1010521 to reduce his bond to $5,000. The courts of
appeals have no original habeas corpus jurisdiction in criminal matters. Dodson v.
State, 988 S.W.2d 833, 835 (Tex. App.--San Antonio 1999, no pet.); Ex parte Denby,
627 S.W.2d 435, 435 (Tex. App.--Houston [1st Dist.] 1981, orig. proceeding); Tex.
Gov't Code Ann. § 22.221(d) (Vernon 2005). Therefore, we are without
jurisdiction to grant habeas corpus relief.

 Even if we were to treat the application as a petition for writ of mandamus,
we would still have to deny relief because we do not have a record showing that
applicant made any request of the trial court to perform a nondiscretionary act that the
trial court refused. See Barnes v. State, 832 S.W.2d 424, 426 (Tex. App.--Houston
[1st Dist.] 1992, orig. proceeding). 

 Accordingly, we dismiss for want of jurisdiction. 

PER CURIAM

Panel consists of Justices Keyes, Alcala and Bland.